# IN THE UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF WISCONSIN

---

HUPY & ABRAHAM, S.C.,

        Plaintiff,

                                    Case No:

v.

QUINTESSA LLC d/b/a
QUINTESSA MARKETING,

        Defendant.

---

## DISCLOSURE STATEMENT

---

The undersigned, counsel of record for the Plaintiff, Hupy & Abraham, S.C., furnishes the following disclosure in compliance with Fed. R. Civ. P. 7.1 and Civil L. R. 7.1:

1. The party represented is Hupy & Abraham, S.C..

2. The only attorney and law firm expected to appear on behalf of Hupy & Abraham, S.C., is:

> Attorney Todd R. Korb
> Hupy and Abraham, S.C.
> 111 East Kilbourn Avenue, Suite 1100
> Milwaukee, Wisconsin 53202
> TKorb@hupy.com
> (414) 223-4800

3. Pursuant to Federal Rules of Civil Procedure Rule 7.1, the Plaintiff, Hupy & Abraham, S.C., declares that it has no parent corporation and no publically traded corporation currently owning ten percent (10%) or more of its stock.

**DATED** at Milwaukee, Wisconsin, this 5th day of May, 2021.

HUPY AND ABRAHAM, S.C.
Attorneys for the Plaintiff,

By: _____
Todd R. Korb
State Bar Number: 1026950

111 East Kilbourn Avenue
Suite 1100
Milwaukee, Wisconsin 53202
TKorb@hupy.com
(414) 223-4800