UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

HUPY & ABRAHAM, S.C.,

        Plaintiff,

v.

QUINTESSA MARKETING, LLC.

Case No. 2:21-cv-00577-JPS

---

## ADMISSION OF SERVICE

---

The undersigned counsel for defendant Quintessa Marketing, LLC hereby admits service of the Civil Complaint as of May 25, 2021 in the above-captioned matter.

Dated: May 26, 2021.        **DAVIS & KUELTHAU, S.C.**

        By: _s/ Ryan M. Wiesner_
        Ryan M. Wiesner
        111 E. Kilbourn Avenue, Suite 1400
        Milwaukee, WI 53202
        Tel. (414) 276-0200
        Fax (414) 278-3643
        Email  rwiesner@dkattorneys.com

*Attorneys for Quintessa Marketing, LLC*