| | |
|---|---|
| **From:** | Mike Walker <mike@quintessamarketing.com> |
| **Sent:** | Wednesday, February 3, 2021 12:17 PM |
| **To:** | Jill Wellskopf |
| **Cc:** | Leo Mingee; Lauren McNeil |
| **Subject:** | Re: Hupy Campaign |

Thank you for the call today Jill. We are excited to see this relationship continue. I will send you a new contract with the 20% terms for commercial leads today. I have confirmed the campaign is still on and we have the capability to provide 100+ leads with the proper funding.

Please let me know if funding is going to be with the same credit card and if it is okay to run it now.

I will also get Herter and Canavan set up today in the portal.

Thank you!

Mike Walker
**Quintessa Marketing**

On Wed, Feb 3, 2021 at 11:40 AM Jill Wellskopf <JWellskopf@hupy.com> wrote:

> Thank you both for your time today!
>
> We are going to move ahead with Lauren's offer to cap 20% of our budget on commercial - $4500/case and the remainder of our budget to be applied to MVA at $1600/case.
>
> Just to reiterate - **we do not take any WC cases** - and will reach out to some potential firms for you…..
>
> We would like to put forth a budget of $100K – to be used between WI, IL and Iowa.
>
> Can we also set up dashboards for:
>
> LHerter@hupy.com
>
> JCanavan@hupy.com

1

