You guys can take $100K today… but ONLY MVA at $1600 – NO CL

I want as much as you can give us – from WI, IL and IA.

A few quick questions:

1. What volume can we expect and how soon can we get this going?
2. Do you think you can get me 150-200 MVA leads by 03/01?
3. Can you tell me how many other attorneys are getting leads in these state?

Jill Wellskopf
Director, Marketing
Hupy and Abraham s.c.
(414) 223-4800
111 E Kilbourn Avenue, Suite 1100
Milwaukee, WI 53202

**From:** Mike Walker
<mike@quintessamarketing.com>
**Sent:** Monday, February 1, 2021 3:43 PM
**To:** Jill Wellskopf <JWellskopf@hupy.com>
**Cc:** Lauren Mingee
<lauren@quintessamarketing.com>
**Subject:** Re: FW: Email not working

Those IT people!....

Glad to hear you want more! What kind of monthly budget are you looking at? These are some big states and we feel 150 - 200 is not out of the question in leads. Would you want to fund 50K today and we start turning the valve?



7

Case 2:21-cv-00577-JPS   Filed 06/30/21   Page 1 of 2   Document 15-2

Thank you,

Mike Walker

**Quintessa Marketing**

On Mon, Feb 1, 2021 at 2:25 PM Jill Wellskopf <JWellskopf@hupy.com> wrote:

Mike-

The email is actually referral@hupy.com NOT referrals@hupy.com. Our Operations gave me the wrong email address. B

ut then, out IT dept. added THE "referrals" email as a redirect, so we HAVE been getting them.

I suspect, if you change this email you will stop getting the error messages.

I am so sorry.

ALSO-

I discussed the campaign with our owners this morning.

We want you to fully turn on the hose – give us all MVA you can - in all 3 states.

I am cleared to release a much larger budget.

8