Home  My Network  Jobs  Messaging  Notifications  Me ▼  Work ▼  Retry Pre Free



### Lauren Von · 3rd
CEO of Quintessa
Oklahoma City Metropolitan Area · Contact info

500+ connections

Message  ( More )

Quintessa Marketing

 University of Central Oklahoma

### People also viewed

 **Crystal Wynne** · 3rd
CEO at Superior Staffing, Inc
( Message )

**Kellie Foster Nielsen** · 3rd
Sales & Marketing
( Connect )

 **Wallace Kittredge** · 3rd
Director of Digital Marketing at Quintessa Marketing
( Message )

 **Leo Mingee** · 3rd
( Message )

**Derek Smith, CSHO** · 3rd
Logistics Planning Manager at Paisan Logistics, LLC
( Message )

Show more ∨

## About

Experienced Chief Executive Officer with a demonstrated history of working in the legal marketing and advertising industry. Skilled in Personal Injury Lead Generation, Intake Training and Development, Marketing Management, Advertising, Sales, and Customer Relationship Management (CRM).

## Activity
2,208 followers

Posts Lauren created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Founder and CEO**
Quintessa Marketing
Apr 2016 – Present · 5 yrs 3 mos
Oklahoma City, Oklahoma Area

Quintessa Marketing delivers comprehensive marketing services for client acquisition to attorneys and law firms. From advertising and outreach with Video Production, Website Development, Search Engine Optimization (SEO) and Search Engine Marketing (SEM) to Intake Department development, training, quality assurance and conversion optimization with in-house staff. We help those who seek legal assistance find you, and help you turn them into clients.

## Education

 **University of Central Oklahoma**
Business Administration and Management, General
2004 – 2009

**Christain Heritage Academy**
1990 – 2004

### People you may know

**Julie Chartier**
Paralegal at Hupy and Abraham, S.C.
( Connect )

 **Jasmine H.**
Legal Assistant at Hupy and Abraham, S.C.
( Connect )

**John Albright**
Senior System Administrator at Hupy and Abraham, S.C.
( Connect )

**Andres (Andy) Rodriguez**
Counselor at Hales Corners Rec Department
( Connect )

 **Melissa Wulf**
Settlement Specialist at Hupy and Abraham, S.C.
( Connect )

Show more ∨


EXHIBIT C
Blumberg No. 5208

agers look ew questions

Skills & endorsements Case 2:21-cv-00577-JPS   Filed 06/30/21   Page 1 of 1   Document 15-3