

EXHIBIT 4

# QUINTESSA MARKETING

## BULK MARKETING, FULL SERVICE PLATFORM AND GENERAL TERMS OF SERVICE

This agreement is entered into as of ("the effective date"), between you, The Bradley Law Firm ("you" or "your") and QUINTESSA MARKETING and its affiliates (collectively "QUINTESSA") for the services ("services") described below.

### Details of Services Provided by Quintessa Marketing:

Beginning on the effective date, 04/20/2020, QUINTESSA MARKETING will begin to deliver Personal Injury leads in Missouri to The Bradley Law Firm.

QUINTESSA adheres to required disclaimers including Missouri's on all owned digital properties used to generate leads and do not include any specific attorney information.

QUINTESSA MARKETING will provide pre-qualified leads to The Bradley Law Firm. Prompt lead delivery is provided via email, portal notification and live call transfer.

| Lead Tier | Description | Price | Territory |
|---|---|---|---|
| Tier 1 | Motor Vehicle Accident | $2,000 per Plaintiff | Missouri |
| Tier 2 | Commercial Policy/Motor Vehicle Accident Injury | $4,200 per Plaintiff | Missouri |

### Terms and Cancellation:

Initial

_(initialed)_ The Marketing Campaigns are pre-funded with an initial payment of $50,000. Tier 1/Tier 2 leads are deducted from the funded amount at the time of lead delivery.

Quintessa tracks and accounts for the funds each law firm has in its campaign at all times. Your law firm has the ability to see how much money remains in its campaign at any given time.

_(initialed)_ Campaign funding balance must remain above 10%. Once your balance reaches 10%, Quintessa will notify you of additional funding requirements to continue your campaign.

_(initialed)_ The Bradley Law Firm will have six full days (at least 144 hours) to turn down or disengage the lead for approved reasons described below unless otherwise agreed upon in writing by Quintessa Marketing. At 12am on the seventh day, leads will not be eligible for disengagement. Leads that are turned down or disengaged for the approved reasons described in this agreement will be credited back to your Campaign balance once Quintessa has verified and may be subject to internal audit which typically takes 5 days.

### Turndowns and Disengagements

_(initialed)_ Approved reasons for turning down or disengaging a lead, unless otherwise agreed by Quintessa Marketing are as follows:
- ~~At fault~~
- Property Damage under $1,500
- Defendant Uninsured and no PC UM
- No medical treatment within 14 days of injury

- Leads that you turn down or disengage, must be done by using the Quintessa Marketing portal in order to receive credit back to your campaign. Leads may no longer be pursued by The Bradley Law Firm or its affiliate referral firms once the lead has been disengaged.

- Quintessa Marketing reserves the right to cap MVA disengagements at a rate of 45%

- Service Fee: Quintessa also provides call center intake services and reporting for your marketing campaign at a rate of 2% of all funding. Service fee is waived if payment is made via ACH.

By Signing this Agreement, I understand and agree to the Services Provided and the Terms of this Agreement.

Signature

Lauren Mingee CEO & Owner
Quintessa Marketing

Printed Name

Lauren Mingee CEO & Owner
Quintessa Marketing

Signature

Licensee
The Bradley Law Firm

Ryan Bradley

Printed Name

Licensee
The Bradley Law Firm

4-21-20
Date

53777 (MO)
Bar ID Number